# Exhibit E

# MURPHY & MANITSAS, LLC
ATTORNEYS AT LAW
20 MAPLE STREET, SUITE 301
SPRINGFIELD, MA 01103
Direct Ph. (413) 206-9134

Thomas F. Murphy, Esq. ♦*　　　　　　　　　　　　　　　　E-Mail: TheTrialer@aol.com
James M. Manitsas, Esq. ♦*　　　　　　　　　　　　　　　　♦ Admitted in Massachusetts
John B. Stewart, Esq. ♦‡　　　　　　　　　　　　　　　　　* Admitted in Connecticut
Frederica H. McCarthy, Esq. ♦○‡　　　　　　　　　　　　　○ Admitted in New York
　　　　　　　　　　　　　　　　　　　　　　　　　　　　‡ Of Counsel

July 3, 2018

Sy Foguel, President
AmGuard Insurance Company
16 South River Street
P.O. Box A-H
Wilkes Barre, PA 18703-0020

RE:　Demand for Relief under Mass. G.L. c. 93A
　　　LRS Realty, LLC, Insured
　　　Date of Loss: March 18, 2018
　　　Policy No. LRB975858
　　　Claim No. LRB975858-001-001-001

SUPPLEMENT TO CHAPTER 93A DEMAND LETTER

Dear Sir:

This will supplement my client's G.L. c. 93A demand letter mailed last Friday.

The damages which my client has a clear entitlement to also include loss of rents from the 8 damaged units. Each of the 8 units rents for $850 per month. The period of restoration is expected to be 12 months. As a result, the loss rents segment of LRS's claim is $81,600. Accordingly, it is LRS's position no reasonable insurer would not have tendered $889,591, and additional code upgrades as will be developed during the planning and construction process, plus $7,500.00 in attorney's fees incurred to date. If you fail to meet this demand, suit will be commenced against AmGuard seeking treble damages and attorney's fees. I look forward to hearing from you within the 30 days prescribed by G.L. c. 93A, § 9(3) to respond to a Chapter 93A demand.

Yours very truly,



John B. Stewart

JBS/bh
CERTIFIED MAIL
RETURN RECEIPT REQUESTED
PARCEL NO. 7016 3010 0000 8288 3292

cc: Paul A. Prislupsky, General Adjuster
(VIA E-mail to Paul.Prislupsky@guard.com)
Berkshire Hathaway Guard Insurance Companies
44 West Market Street, P.O. Box 1368
Wilkes-Barre, PA 18703