UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LRS REALTY, LLC, Plaintiff | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 18-CV-30130-MGM |
| | ) |
| AMGUARD INSURANCE COMPANY, | ) |
| Defendant | ) |

PLAINTIFF'S MOTION FOR A SHORT ORDER OF NOTICE FOR
HEARING ON PRELIMINARY INJUNCTION

Now comes the Plaintiff and respectfully requests the Court to issue a short order of notice for hearing on its Motion for Preliminary Injunction.

    LRS REALTY, LLC, Plaintiff

    By /s/ *John B. Stewart*
    JOHN B. STEWART (BBO #551180)
    MURPHY & MANITSAS, LLC
    20 Maple Street, Suite 301
    Springfield, MA  01103
    Ph. (413) 206-9134
    Fax (413) 733-4403
    E-mail: TheTrialer@aol.com

CERTIFICATE OF CONSULTATION

    Pursuant to L.R. 7.1(a)(2), the undersigned hereby certifies he has conferred prior to the filing of the within motion, with counsel for the Defendant in a good faith attempt to resolve or narrow the issue which is the subject of the within motion, by e-mail on October 14, 2018, and phone call on October 19, 2018.

    /s/ *John B. Stewart*
    JOHN B. STEWART

CERTIFICATE OF SERVICE

      I certify that a true copy of the within document was filed through the ECF system and will be sent electronically to the registered participants as identified on the notice of electronic filing and paper copies will be sent to those indicated as nonregistered participants on October 22, 2018.

                                /s/ *John B. Stewart*
                                JOHN B. STEWART